## HARRIS v. STATE. (No. 11852.)

Court of Criminal Appeals of Texas. June 13, 1928.

Criminal law ⚖️≈1090(1)—Record before appellate court, without statement of facts or bills of exception, presents nothing for review.

Where record is before Court of Criminal Appeals without statement of facts or bills of exception, nothing is presented for review.

Appeal from Fannin County Court; C. A. Wheeler, Judge.

Kid Harris was convicted of aggravated assault, and he appeals. Affirmed.

Cunningham & Lipscomb, of Bonham, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for aggravated assault; punishment being a fine of $50.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.